SLATER BROS. CLOAK AND SUIT COMPANY, Respondent, v. QUAKER WOOLEN
MILLS, INC., Appellant.

*Trial — verdict in excess of demand — when sustained by amendment of
pleading.*

Appeal from a judgment of the Supreme Court, entered in the New York
county clerk's office March 18, 1920, upon the verdict of a jury, also from
two orders, entered April 16, 1920, one denying a motion for a new trial,
and one granting a motion after verdict to amend complaint to conform
to the proof.

PER CURIAM: The evidence sustains the amount of the verdict returned
by the jury, which is slightly in excess of the amount demanded in the
complaint; but as the amount due is a mere matter of calculation, the
complaint is deemed amended to conform to the facts as proved. The
judgment and orders appealed from should, therefore, be affirmed, with
costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.
Smith, J., dissents and votes for modification of the judgment by reducing
it to the amount claimed in the complaint. Judgment and orders affirmed,
with costs.

———

WAITT INVESTING COMPANY, INC., Plaintiff, v. RALPH S. ROBBINS, Defendant.

*Submission of controversy — insufficient statement of facts.*

Submission of controversy upon an agreed statement of facts pursuant
to section 1279 of the Code of Civil Procedure.

PER CURIAM: The submission must be dismissed, upon the ground that
the facts are not sufficiently stated upon which to determine the question
of law sought to be submitted, and upon a submission no facts other than
those agreed upon can be assumed or inferred. Present — Clarke, P. J.,
Dowling, Smith, Page and Greenbaum, JJ.  Submission dismissed.